STEVEN A. GIBSON, ESQ.
Nevada Bar No. 6656
sgibson@righthaven.com
J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
ccoons@righthaven.com
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>OFF SHORE GAMING ASSOCIATION, a Pennsylvania limited-liability company; and JAMES QUIGLEY, an individual,<br><br>Defendants. | Case No.: 2:10-cv-00858-PMP-RJJ<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

  Plaintiff, Righthaven LLC ("Righthaven"), Off Shore Gaming Association ("OSGA"), and James Quigley ("Mr. Quigley"); collectively with Righthaven known herein as the "Parties"), by and through its attorneys of record and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby stipulate to a voluntary dismissal of all claims asserted against OSGA and Mr. Quigley, with prejudice, in the above-captioned matter.

  Specifically, Righthaven requests a voluntary dismissal with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  Rule 41(a)(2) permits voluntary dismissal with prejudice "by court order, on terms that the court considers proper[1]."

---

[1] Fed. R. Civ. P. 41(a)(2).

1

On or about July 29, 2010, the Parties entered into a settlement agreement (the "Agreement"), whereby OSGA and Mr. Quigley shall be released from all claims of copyright infringement in the above-entitled matter, upon full compliance with the terms of the Agreement.

WHEREFORE, the Parties request this Court enter an Order dismissing the above-captioned action filed against OSGA and Mr. Quigley with prejudice.

Dated this eleventh day of August, 2010.

IT IS SO ORDERED.

_____
DISTRICT COURT JUDGE

Dated this 11th day of August, 2010.

Submitted by:

| RIGHTHAVEN LLC | LEWIS AND ROCA LLP |
|---|---|
| /s/ J. Charles Coons<br>J. Charles Coons, Esq.<br>9660 West Cheyenne Avenue, Suite 210<br>Las Vegas, Nevada 89129-7701<br>Attorney for Plaintiff | /s/ West Allen<br>W. West Allen, Esq.<br>3993 Howard Hughes Parkway,<br>Suite 600<br>Las Vegas, Nevada 89169<br>Attorney for Defendants<br><br>Nikkya G. Williams, Esq.<br>3993 Howard Hughes Parkway,<br>Suite 600<br>Las Vegas, Nevada 89169<br>Attorney for Defendants |